UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| UNITED STATES OF AMERICA | CRIMINAL ACTION NO. 04-10009 |
|---|---|
| -vs- | JUDGE LITTLE |
| RICHARD YOUNG | |

## AMENDED JUDGMENT

On 7 November 2005, the court sentenced Richard Young ("Young") to 30 months imprisonment under the custody of the United States Bureau of Prisons [Doc. #89]. The government moved on 10 January 2006 to amend and reduce Young's sentence pursuant to Rule 35(b) of the Federal Rule of Criminal Procedure [#105]. On 12 January 2006, the court issued an order [#106] stating that "[t]his motion will be considered after imposition of sentence in the matter of USA v. Lacombe." The court sentenced Steve Lacombe on 10 April 2006 [#118].

The sentence imposed on Young by this court on 7 November 2005 is amended to reflect a reduction from 30 months to 20 months.

Alexandria, Louisiana

11 April 2006

_____
F. A. LITTLE, JR.
UNITED STATES DISTRICT JUDGE